DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CITIZENS PROPERTY INSURANCE CORPORATION,

Appellant,

v.

YASSEL GARCIA FERNANDEZ,

Appellee.

No. 2D2024-1304

_____

November 12, 2025

Appeal from the Circuit Court for Hillsborough County; Jennifer X. Gabbard, Judge.

Maureen G. Pearcy of Paul R. Pearcy, P.A., Miami, for Appellant.

Elliot B. Kula and William D. Mueller of Kula & Associates, P.A., Miami, for Appellee.

PER CURIAM.

 Affirmed.

SILBERMAN and VILLANTI, JJ., and CARROLL, HUNTER W., ASSOCIATE JUDGE, Concur.

_____

Opinion subject to revision prior to official publication.